Case 4:18-cv-00104   Document 23   Filed in TXSD on 06/11/18   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 11, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KYLE FREDERICK HAINES, individually and as representative of the Estate of Robert Arthur Haines, and KIRBY HAINES, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-104 |
| THE UNITED STATES and THE HARRIS COUNTY FLOOD CONTROL DISTRICT, | § § § § § | |
| Defendants. | § | |

ORDER

In response to Defendant United States of America's Motion to Dismiss (Document No. 19), Plaintiffs concede that the case cannot proceed as pled against the United States.[1]  Accordingly, because the United States of America has not waived its sovereign immunity, its motion to dismiss is GRANTED and Plaintiffs' claims against the United States of America, sometimes also identified as the United States Army Corps of Engineers, are DISMISSED for lack of subject matter jurisdiction.  The United States's Motion for a Stay of Discovery (Document No. 20) is therefore DISMISSED as moot.

---

[1] *See* Document No. 22.

Defendant Harris County Flood Control District's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) (Document No. 8) remains pending.

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, on this 11TH day of June, 2018.

                                             *Ewing Werlein, Jr.*
                                             EWING WERLEIN, JR.
                                             UNITED STATES DISTRICT JUDGE