Case 4:18-cv-00104   Document 28   Filed on 07/02/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KYLE FREDERICK HAINES, individually and as representative of the Estate of Robert Arthur Haines, and KIRBY HAINES, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-104 |
| THE UNITED STATES and THE HARRIS COUNTY FLOOD CONTROL DISTRICT, | § § § § | |
| Defendants. | § § | |

### FINAL JUDGMENT

For the reasons set forth in the Order of June 11, 2018 dismissing Plaintiffs' claims against the United States of America and the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiffs Kyle Frederick Haines, individually and as representative of the Estate of Robert Arthur Haines, and Kirby Haines's claim under 42 U.S.C. § 1983 against the Harris County Flood Control District is DISMISSED on the merits with prejudice, and Plaintiffs' remaining claims against Defendant Harris County Flood Control District and all claims against Defendant United States of America are DISMISSED for lack of subject matter jurisdiction.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, on this 2nd day of July, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE